IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

PARKERSBURG DIVISION

JOHN SADLER,

        Plaintiff,

v.                                                    CIVIL ACTION NO.: 6:13-cv-29542
                                                      HONORABLE JOSEPH R. GOODWIN

JAY HART, individually,
MICHAEL BOSLEY, individually,
JOE MARTIN, individually, BOB
NEWELL, individually, CITY OF
PARKERSBURG, a municipal
corporation, and JOHN DOE,

        Defendants.


<u>DISMISSAL ORDER</u>

NOW COMES Plaintiff, John Sadler, by and through his counsel, John H. Bryan,

and Defendants City of Parkersburg, Bob Newell, and Joe Martin, by and through their

counsel, Johnnie E. Brown, James A. Muldoon and the law firm of Pullin, Fowler,

Flanagan, Brown & Poe, PLLC, Michael Bosley, by and through his counsel, Boyd L.

Warner and the law firm of Waters, Warner & Harris, PLLC, and hereby jointly move the

Court to dismiss all claims asserted between them in this matter, with prejudice.

In addition to the claims referenced hereinabove, Plaintiff, John Sadler, also

dismisses any and all claims made against the John Doe Defendant.

The Court finding no objection thereto, it is hereby ORDERED that all claims

made by and between Plaintiffs and Michael Bosley, Joe Martin, Bob Newell, the City of

Parkersburg  and the John Doe Defendant are hereby dismissed with prejudice.

The Clerk is hereby ORDERED to send certified copies of this Order to all counsel of record.

ENTERED this ___ day of _____, 2014.

_____
The Honorable Joseph R. Goodwin
United States District Judge

**Prepared By**:


/s/ James A. Muldoon
Johnnie E. Brown, Esquire (WV State Bar No. 4620)
Jams A. Muldoon, Esquire  (WV State Bar No. 8833)
PULLIN, FOWLER, FLANAGAN, BROWN & POE, PLLC
JamesMark Building
901 Quarrier Street
Charleston, WV  25301
Telephone:     (304) 344-0100
   ***Counsel for Bob Newell, Joe Martin and the City of Parkersburg***



**Approved By**:


/s/ John H. Bryan
John H. Bryan, Esquire (WV State Bar No. 10259)
611 Main Street
P.O. Box 366
Union, WV  24983
Telephone:     (304) 772-4999
   ***Counsel for Plaintiff***

2

*/s/ Boyd L. Warner*
Boyd L. Warner, Esquire (WV State Bar No. 3932)
Waters, Warner & Harris, PLLC
701 Goff Building
P.O. Box 1716
Clarksburg, WV  26302-1716
Telephone:     (304) 624-5571
           ***Counsel for Michael Bosley***